**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TheBrain Technologies, LP,<br><br>　　Plaintiff,<br><br>v.<br><br>AnyLogic North America, LLC,<br><br>　　Defendant. | Case No. 19-cv-10743<br><br>**Rule 7.1 Corporate Disclosure Statement** |

**STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 requiring nongovernmental corporate parties to (1) identify any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) state that there is no such corporation, TheBrain Technologies, LP, states that there is no publicly held entity that owns 10% or more of its stock.

Dated: April 18, 2019

　　　　　　　　　　　　　　　　　　　　By:   */s/ Seth H. Ostrow*

　　　　　　　　　　　　　　　　　　　　Seth H. Ostrow (MA Bar No. 562546)
　　　　　　　　　　　　　　　　　　　　sho@msf-law.com
　　　　　　　　　　　　　　　　　　　　Sarah Pfeiffer (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　sap@msf-law.com
　　　　　　　　　　　　　　　　　　　　**MEISTER SEELIG & FEIN LLP**
　　　　　　　　　　　　　　　　　　　　125 Park Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 655-3500
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 655-3536

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*TheBrain Technologies, LP*